UNITED STATES of America,
Plaintiff–Appellee,

v.

Herbert Freeman DAVIS,
Defendant–Appellant.

No. 01–6262.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Herbert Freeman Davis, pro se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, SC, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Herbert Davis appeals the district court's order construing his motion challenging the computation of his sentence as a habeas petition and transferring it to the Middle District of Pennsylvania, where he is currently incarcerated, on that basis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Davis*, No. CA–00–3608 (D.S.C. Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*